**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD/JGL)

This Document Relates to:

*James Curlander v. Bayer Corp.* Case No. 02-0134

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendant that the above-captioned matter may be and is hereby voluntarily dismissed without prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs.

Dated: January 13, 2005

Shawn Khorrami
Patricia L. Mitchell
14550 Haynes Street, 3rd Floor
Van Nuys, CA 91411
(818) 947-5111

*Counsel for Plaintiffs*

SCANNED
JAN 24 2005
U.S. DISTRICT COURT MPLS

Dated: 1/13/05

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Gene C. Schaerr
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation*

**IT IS HEREBY ORDERED**, pursuant to the above Stipulation, that the above-captioned matter is dismissed without prejudice.

DATED: JAN 2 4 2005

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Curlander*, No. 02-0134